IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00669-RBJ

BUILDING ON OUR BEST LLC and
SOULSTICE, LTD,

     Plaintiffs,

v.

SENTINEL INSURANCE COMPANY LIMITED and
DONAN ENGINEERING CO., INC.,

     Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

     This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 16, 2016 at 9:00 a.m.**

     A Trial Preparation Conference is set for **April 28, 2015 at 9:00 a.m.** Counsel who will try the case shall attend in person.

     During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least three business days in advance of the Trial Preparation Conference.

     For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 11th day of June, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge