IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00669-RBJ-MJW

BUILDING ON OUR BEST, LLC, and
SOULSTICE LTD.,

Plaintiffs,

v.

THE HARTFORD INSURANCE COMPANY, and
DONAN ENGINEERING CO., INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Telephonic Appearance of Client Representative at Settlement Conference (Docket No. 60) is DENIED.

Date: February 1, 2016