# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00669-RBJ

BUILDING ON OUR BEST, LLC, and
SOULSTICE LTD.

    Plaintiffs,

v.

SENTINEL INSURANCE COMPANY; and
DONAN ENGINEERING CO., INC.

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AS BETWEEN PLAINTIFFS AND SENTINEL INSURANCE COMPANY ONLY

---

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss All Claims with Prejudice between Plaintiffs and Defendant Sentinel Insurance Company, in the captioned matter. The Court, having reviewed the same, and being fully advised of the premises, hereby finds and concludes:

Plaintiffs' and Sentinel's request for dismissal with prejudice of this action is hereby GRANTED, each party to pay its own attorney fees and costs. However, this Order does not affect any of the claims or defenses asserted between Plaintiffs and Defendant Donan Engineering Company, Inc.

DONE AND SIGNED this __8th__ day of _____March_____, 2016.

BY THE COURT:

_[signature: Brooke Jackson]_

U. S District Court